IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GEORGE HOGAN,

   Appellant,

 v.            Case No.  5D16-1191

STATE OF FLORIDA,

   Appellee.

_____/

Opinion filed February 3, 2017

Appeal from the Circuit Court
for Orange County,
Heather L. Higbee, Judge.

James S. Purdy, Public Defender, and
Nancy Ryan, Assistant Public Defender,
Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Andrea K. Totten,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

 AFFIRMED.  See State v. Gonzalez, 121 So. 3d 625 (Fla. 4th DCA 2013) (holding

prosecutor has discretion to charge defendant under general crime even though more

specific crime exists).


SAWAYA, ORFINGER and TORPY, JJ., concur.